**\*\* E-filed February 17, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK LARSON, | No. C12-00075HRL |
| Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES LLS;  and DOES 1-10, | |
| Defendants._____/ | |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management deadlines have been vacated.

All parties shall appear on **April 17, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **April 10, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00075 HRL N**otice will be electronically mailed to:

Tammy Hussin       thussin@lemberglaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**